**Lester HARDY, Plaintiff–Appellant,**

v.

**Boyd BENNETT; Dennis Rowland,
Defendants–Appellees.**

No. 08–6273.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 7, 2008.

Lester Hardy, Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lester Hardy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hardy v. Bennett,* No. 5:06–ct–03107–FL (E.D.N.C. Feb. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*